**FILED**

**FEBRUARY 22, 2011**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



**Registered No.** RB365040126US

**Date Stamp**

| | | | | |
|---|---|---|---|---|
| Reg. Fee | $11.50 | | | 0041 |
| Handling Charge | $0.00 | Return Receipt | $2.30 | 25 |
| Postage | $5.44 | Restricted Delivery | $0.00 | 02/14/11 |

Received by                    11cv565

Customer Must Declare Full Value $0.00          Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

To Be Completed By Post Office

OFFICIAL USE

60604

**FROM**

**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
USA**

**TO**

CY Cyprus    **FXOpen Investments, Inc.
Legal Support Office
14 Loukis Akrita St. or 14 Louki Akrita St.
Limassol 3030
CYPRUS**

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form **3806,**   **Receipt for Registered Mail**   *Copy 1 - Customer*
May 2007 (7530-02-000-9051)          *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®



**Registered No.** RB365040130US

**Date Stamp**

| | | | | |
|---|---|---|---|---|
| Reg. Fee | $11.50 | | | 0041 |
| Handling Charge | $0.00 | Return Receipt | $2.30 | 25 |
| Postage | $5.19 | Restricted Delivery | $0.00 | 02/14/11 |

Received by                    11cv565

Customer Must Declare Full Value $0.00          Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

To Be Completed By Post Office

OFFICIAL USE

60604

**FROM**

**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
USA**

**TO**

MU Mauritius    **FXOpen Investments, Inc.
Ebene Heights No. 34
Cybercity Ebene
MAURITIUS**

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form **3806,**   **Receipt for Registered Mail**   *Copy 1 - Customer*
May 2007 (7530-02-000-9051)          *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®